B 10S1 (Supplement 1) (12/11)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Michigan

In re  Charles Robert Siler; ,   Case No. 15-21922
   Debtor
   Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Wilmington Savings Fund Society, FSB, Not In Its Individual Capacity But Solely As Trustee For The Primestar-H Fund I Trust.

**Court claim no.** (if known): _____

**Last four digits** of any number you use to identify the debtor's account:  8  4  2  8

**Date of payment change:** 12/01/2015
Must be at least 21 days after date of this notice

**New total payment:** $ 590.38
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

Will there be a change in the debtor's escrow account payment?
☐ No
☑ Yes  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

Current escrow payment: $ 831.08    New escrow payment: $ 156.58

### Part 2: Mortgage Payment Adjustment

Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?
☑ No
☐ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

Current interest rate: _____ %   New interest rate: _____ %

Current principal and interest payment: $ _____   New principal and interest payment: $ _____

### Part 3: Other Payment Change

Will there be a change in the debtor's mortgage payment for a reason not listed above?
☑ No
☐ Yes  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

Current mortgage payment: $ _____   New mortgage payment: $ _____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☐ I am the creditor.　　　☑ I am the creditor's authorized agent.
　　　　　　　　　　　　　(Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✘ /s/ Jerry R. Howard　　　　　　　　　　　　　Date  11/09/2015
Signature　　　　　　　　　　　　　　　　　　　　　　　mm/dd/yyyy

**Print:**　Jerry R. Howard　　　　　　　　　　　　　Title  Attorney Creditor
　　　　　First Name　Middle Name　Last Name

Company　Anselmo Lindberg Oliver, LLC.

Address　1771 W. Diehl Rd. Ste 120
　　　　　Number　　　　Street
　　　　　Naperville, IL 60563
　　　　　City　　　　　State　　　ZIP Code

Contact phone  (630) 453-6960　　　　　　　Email  bankruptcy@alolawgroup.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
BAY CITY DIVISION

| | |
|---|---|
| IN RE: ] | |
| ] | Case Number 15-221922 |
| Charles Robert Siler; ] | CH 13 |
| ] | Judge Daniel S. Opperman |
| ] | |
| Debtor(s). ] | |

### CERTIFICATE OF SERVICE

TO:  Charles Robert Siler, 3320 Wicklow Court #11, Saginaw, MI 48603
   Joshua M. Reinert, 3434 Davenport, Saginaw, MI 48602
   Thomas McDonald, 3144 Davenport, Saginaw, MI 48602

PLEASE TAKE NOTICE THAT ON November 9, 2015, there was filed with the Clerk of the Bankruptcy Court, Eastern District, Bay City Division a Notice of Mortgage Payment Change. A copy of which is hereby served upon you.

/s/ Jerry R. Howard

ANSELMO LINDBERG OLIVER LLC
1771 W Diehl Rd, Ste 120
Naperville, IL 60563
630-453-6960
630-428-4620 (fax)

### PROOF OF SERVICE BY MAIL

   THE UNDERSIGNED, being first duly sworn on oath, deposes and says that she served a copy of this notice by mailing a copy to the above named debtor at the above named address and depositing the same in the U.S. Mail at Naperville, Illinois 60563, with postage prepaid, on November 9, 2015. The remaining parties were notified via CM/ECF.

/s/ Kristen Andre

ANSELMO LINDBERG OLIVER, LLC
1771 W. Diehl Road, Suite 120
Naperville, IL 60563-4947
630-453-6960  866-402-8661   630-428-4620 (fax)

MB1511001
**THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Statebridge Company, LLC
5680 Greenwood Plaza Blvd
Suite 100 S
Greenwood Village, CO   80111
For Inquiries: ███

Analysis Date:   October 08, 2015

CHARLES R SILER                                                                                                        Loan: ███
MICHELLE A SILER
3320 WICKLOW CT.
SAGINAW MI   48603                                          Property Address:
                                                            3886 BOEING DR
                                                            SAGINAW, MI   48604-1806

## Annual Escrow Account Disclosure Statement
## Account History

This is a statement of actual activity in your escrow account from Dec 2014 to Nov 2015.   Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Dec 28, 2015: |
|---|---|---|
| Principal & Interest Pmt: | 433.80 | 433.80 |
| Escrow Payment: | 831.08 | 156.58 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $1,264.88 | $590.38 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Mar 28, 2015 |
| Escrow Balance: | (6,789.01) |
| Anticipated Pmts to Escrow: | 7,479.72 |
| Anticipated Pmts from Escrow (-): | 350.64 |
| Anticipated Escrow Balance: | $340.07 |

| | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | Description | Required | Actual |
| | | | | | Starting Balance | 547.59 | (6,024.02) |
| Mar 2015 | 283.45 | | | * | | 831.04 | (6,024.02) |
| Apr 2015 | 283.45 | | | * | | 1,114.49 | (6,024.02) |
| May 2015 | 283.45 | | | * | | 1,397.94 | (6,024.02) |
| Jun 2015 | 283.45 | | | * | | 1,681.39 | (6,024.02) |
| Jun 2015 | | | | 350.64 * | County | 1,681.39 | (6,374.66) |
| Jun 2015 | | | | 54.56 * | Tax Penalty (Bor) | 1,681.39 | (6,429.22) |
| Jul 2015 | 283.45 | | | * | | 1,964.84 | (6,429.22) |
| Aug 2015 | 283.45 | | | * | | 2,248.29 | (6,429.22) |
| Sep 2015 | 283.45 | | 354.14 | * | County | 2,177.60 | (6,429.22) |
| Sep 2015 | | | | 359.79 * | Township/Village | 2,177.60 | (6,789.01) |
| Oct 2015 | 283.45 | | | * | | 2,461.05 | (6,789.01) |
| Nov 2015 | 283.45 | | | * | | 2,744.50 | (6,789.01) |
| | | | | | Anticipated Transactions | 2,744.50 | (6,789.01) |
| Dec 2014 | | | | 350.64 | County | | (7,139.65) |
| Oct 2015 | | 6,648.64 | | | | | (491.01) |
| Nov 2015 | | 831.08 | | | | | 340.07 |
| | $2,551.05 | $7,479.72 | $354.14 | $1,115.63 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.   If you want a further explanation, please call our toll-free number.

Last year, we   anticipated that payments from your account would be made during this period equaling $354.14.    Under Federal law, your lowest monthly balance should not have exceeded $566.91 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.    Your mortgage contract and State law are

silent on this issue.

Analysis Date:   October 08, 2015

CHARLES R SILER                                                                                      Loan: ▮▮▮▮▮▮

## Annual Escrow Account Disclosure Statement
### Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
|---|---|---|---|---|---|
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 340.07 | 1,362.64 |
| Dec 2015 | 156.58 | 350.64 | County | 146.01 | 1,168.58 |
| Jan 2016 | 156.58 | | | 302.59 | 1,325.16 |
| Feb 2016 | 156.58 | 1,168.57 | Township/Village | (709.40) | 313.17 |
| Mar 2016 | 156.58 | | | (552.82) | 469.75 |
| Apr 2016 | 156.58 | | | (396.24) | 626.33 |
| May 2016 | 156.58 | | | (239.66) | 782.91 |
| Jun 2016 | 156.58 | | | (83.08) | 939.49 |
| Jul 2016 | 156.58 | | | 73.50 | 1,096.07 |
| Aug 2016 | 156.58 | | | 230.08 | 1,252.65 |
| Sep 2016 | 156.58 | 359.79 | Township/Village | 26.87 | 1,049.44 |
| Oct 2016 | 156.58 | | | 183.45 | 1,206.02 |
| Nov 2016 | 156.58 | | | 340.03 | 1,362.60 |
| | $1,878.96 | $1,879.00 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year).

Your escrow balance contains a cushion of $313.17.   A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs.   Under Federal law, your lowest monthly balance should not exceed $313.17 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.   Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is $340.07.   Your starting balance (escrow balance required) according to this analysis should be $1,362.64.   This means you have a shortage of $1,022.57. Your adjusted surplus is $2,096.92.   The shortage of $3,119.49 that was filed in the Proof of Claim has been deducted from the total shortage to calculate this amount.   As the loan is delinquent, we will not be sending a check for the surplus.

We anticipate the total of your coming year bills to be $1,879.00.   We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| **New Escrow Payment Calculation** | |
|---|---|
| Unadjusted Escrow Payment | 156.58 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $156.58 |

**NOTICE: This letter is for informational purposes only. Our records indicate that your mortgage loan may be affected by a bankruptcy. If you have questions regarding your mortgage account plan, please contact your bankruptcy attorney or our office at (866) 466-3360.**