| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor 1 | **Charles Robert Siler** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: **EASTERN** District of: **MI** (State) | |
| Case number | **15-21922-dob** |

# Form 4100R
# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE BUNGALOW SERIES III TRUST c/o BSI Financial Services

**Court claim no.** (if known): **6**

**Last 4 digits** of any number you use to identify the debtor's account: **8 4 2 8**

**Property address:** 3886 Boeing Dr
Number      Street

Saginaw      MI      48604
City           State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: **03/28/2021**
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding: + (b) $ _____

c. **Total**. Add lines a and b. (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: _____ MM / DD / YYYY

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ◼ all payments received;
- ◼ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ◼ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

**X** /s/ Panayiotis D. Marselis, Esquire      Date   03/24/2021
     Signature

Print: Panayiotis D. Marselis, Esquire      Title: Attorney
     First Name    Middle Name    Last Name

Company: Hladik, Onorato & Federman, LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 3290 W. Big Beaver Rd., Ste. 117
     Number    Street

Troy, MI 48084
City      State      ZIP Code

Contact phone ( 248 ) 362 – 2600      Email pmarsellis@hoflawgroup.com

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN (BAY CITY)

**In re:**

                              **Chapter 13**

**Charles Robert Siler,**               Case No. 15-21922-dob

                              Hon. Daniel S. Opperman

**Debtor(s),**

_____/

## PROOF OF SERVICE

Panayiotis D. Marselis, Esquire says that on March 24, 2021, I served a copy of the Response to Notice of Final Cure Payment upon the following parties either electronically, or by depositing in the U.S. Mail, postage prepaid:

| | |
|---|---|
| Joshua M. Reinert, Esquire<br>Michael C. Reinert, Esquire<br>Via ECF<br>*Attorneys for Debtor* | Charles Robert Siler<br>3320 Wicklow Court #11<br>Saginaw, MI 48603<br>Via First Class Mail<br>*Debtor* |
| Thomas McDonald, Esquire<br>VIA ECF<br>Chapter 13 *Trustee* | |

                                              /s/ Panayiotis D. Marselis
                                              Hladik, Onorato & Federman, LLP
                                              Panayiotis D. Marselis
                                              3290 W. Big Beaver Rd., Ste. 117
                                              Troy, MI 48084
                                              (248) 362-2600